UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| MADDILYN MARCUM, on behalf of herself and all others similarly situated,<br><br>     Plaintiff<br><br>v.<br><br>COOKIE CREWS, in her official capacity as Commissioner of the Ky. Department of Corrections; DENISE BURKETT, in her official capacity as Director of Ky. Dept. of Corrections' Division of Medical Services; and APPALACHIAN REGIONAL HEALTHCARE, INC.,<br><br>     Defendants | Case No. 5:25-cv-00238-GFVT |

**ORDER**

Motion having been made, and the Court being sufficiently advised:

**IT IS HEREBY ORDERED** that:

The Plaintiff's Motion for Certification of a Plaintiff Class Pursuant to Fed. R. Civ. P. 23(b)(2) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that:

A. A Plaintiff Class is certified consisting of:

All current and future individuals in the custody of the Kentucky Department of Corrections, whether housed in a state, county, or local facility, who are either diagnosed with Gender Dysphoria or who meet the criteria for a Gender Dysphoria diagnosis, and who have received, or would receive, gender-affirming hormone

    therapy treatment for their condition absent such care being terminated or withheld by operation of KRS § 197.280(2) and (3).

B. Plaintiff Maddilyn Marcum is appointed class representative; and

C. Plaintiff's counsel, Corey M. Shapiro and William E. Sharp, are appointed Class Counsel.