# Exhibit 2:
*Declaration of Maddilyn Marcum*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| MADDILYN MARCUM, on behalf of herself and all others similarly situated,<br><br>                Plaintiff<br><br>v.<br><br>COOKIE CREWS, in her official capacity as Commissioner of the Ky. Department of Corrections; DENISE BURKETT, in her official capacity as Director of Ky. Dept. of Corrections' Division of Medical Services; and APPALACHIAN REGIONAL HEALTHCARE, INC.,<br><br>                Defendants | Case No. 5:25-cv-0238-GFVT |

**DECLARATION OF MADDILYN MARCUM**

I, Maddilyn Marcum, declare as follows:

1. I am the named Plaintiff in this case and the facts set forth in this declaration are based on my personal knowledge.

2. I am a transgender woman currently incarcerated at Northpoint Training Center in Burgin, Kentucky. I am thirty-six years old and have been in the custody of the Kentucky Department of Corrections ("DOC") since 2015. I submit this declaration in support of the lawsuit I have filed on behalf of myself and other transgender people incarcerated in Kentucky who are being (or will imminently be) denied Hormone Replacement Therapy ("HRT") under a new law.

3. I was first diagnosed with Gender Dysphoria by a healthcare provider in 2009, after years of struggling with severe depression, suicidal ideation, and a deep sense of disconnect

between my internal identity and the sex I was assigned at birth. With the support of a mental health provider, I began HRT shortly afterward to treat this condition, which included receiving estrogen and testosterone blockers, as a medically necessary treatment for my Gender Dysphoria.

4. Before my incarceration, HRT played a life-saving role in my well-being. It made it possible for me to live fully as myself. For the first time, I was able to live in alignment with who I am. I enrolled in college and made the Dean's List at Cincinnati State Technical and Community College. I also worked as a business consultant for CitiGroup and saved money to buy my first home in Kentucky. I was sober, mentally well, and hopeful about my future.

5. An unfortunate and tragic event occurred, however, that led to my arrest in 2014. I remained incarcerated in a county jail awaiting trial. While in the jail, jail officials refused to allow me to continue my HRT treatment. Jail medical staff determined that my medication was not "life-saving" and stopped providing it. During that time, neither an endocrinologist nor mental health specialist evaluated me. The decision to cut off my HRT care was not based on any medical judgment, and there were no accommodations made for the effects that withdrawal from HRT would have on my body or mind.

6. Within days, I began experiencing severe withdrawal symptoms. I suffered chest pains, heart palpitations, numbness in my extremities, blurry vision, and headaches.

7. Over time, my condition deteriorated even further: I lost a significant amount of weight, my hair and nails stopped growing and began to fall out, and my immune system became so compromised that I was constantly sick. Mentally, I spiraled into deep depression. I thought about suicide every day, stopped eating, and isolated myself.

8. When I was transferred from the jail into DOC's custody after my sentencing in August 2015, I hoped things would change. Instead, DOC determined under its "freeze frame"

policy that I was ineligible for HRT treatment because I was not receiving it when DOC assumed custody of me.

9. Under the DOC's "freeze frame" policy, an individual could receive HRT care to treat Gender Dysphoria while in DOC custody but only if the individual were receiving HRT care when placed into DOC's custody. DOC denied me HRT care because my HRT care had been interrupted by my pretrial detention and therefore I was not receiving HRT care when placed into DOC's custody.

10. Nevertheless, I continued to advocate for my medical care and filed a formal grievance seeking to reinstate my HRT care. After multiple levels of appeal, the Health Care Administration Review Team eventually ruled in my favor, and in August 2016, I was approved for a comprehensive treatment plan and allowed to resume HRT under the care of licensed healthcare providers while in DOC's custody. I was also allowed to purchase gender affirming items such as makeup, gender affirming clothing items, *etc*.

11. Restarting HRT care was life changing. It once again stabilized my health: I regained weight, my immune system improved, and my suicidal thoughts decreased. I finally felt like myself again. For several years, DOC recognized my Gender Dysphoria as a serious medical need and allowed me to continue HRT. I was treated by licensed providers, including Dr. Tonya Young, and later by providers at Appalachian Regional Healthcare ("ARH"), Dr. Uy and APRN Bonnie Ferguson, who prescribed my medications and monitored my care.

12. Then, in 2025, the Kentucky General Assembly passed Senate Bill 2, now codified at KRS § 197.280. Under this law, public funds can no longer be used to provide so-called "cosmetic" or "elective" procedures for incarcerated people, which includes prescribing HRT in any dose that exceeds what a non-transgender person would produce "naturally." The law requires

4

that anyone currently receiving HRT be "systematically reduced and eliminated" off of their medication.

13. On May 28, 2025, I was notified by my nurse practitioner at ARH, Bonnie Ferguson, that my dosage would be cut in half starting in August, and that it would be discontinued altogether in November 2025 due to the new law banning the use of public funds for HRT care. Prior to that date, my regimen of HRT care had remained undisturbed since 2016.

14. This abrupt reversal of care threatens my health and safety all over again. The decision to reduce and imminently terminate my HRT care is not based on medical judgment or any patient-specific considerations. Rather, I will soon be deprived of a prescribed treatment that I have received for almost ten years while in DOC's custody for the treatment of a diagnosed serious medical condition for non-medical reasons.

15. Additionally, according to media reports I am one of sixty-seven people in DOC's custody who were receiving HRT for the treatment of Gender Dysphoria at the time the law passed.

16. I am seeking immediate relief from this Court because without it, I will lose access to the only treatment that has ever effectively managed my Gender Dysphoria. HRT is a medically necessary treatment that has stabilized my mental and physical health for years.

17. This law overrides my doctors and puts me, as well as dozens of others, at risk of serious harm. I am seeking to block enforcement of the statute insofar as it prevents me from receiving care that has already been deemed medically appropriate and effective by licensed healthcare professionals.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was read to me by my counsel *via* a Securus call on the 9th day of July, 2025.

                                        s/ Maddilyn Marcum (by W. Sharp w/ permission)
                                        Maddilyn Marcum