UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| MADDILYN MARCUM, ) | |
| ) | |
|     Plaintiffs, ) | Case No. 5:25-cv-00238-GFVT |
| ) | |
| v. ) | |
| ) | **ORDER** |
| COMMISSIONER COOKIE CREWS, ) | |
| *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on its own motion. On July 14, 2025, the Plaintiff filed a motion for temporary restraining order and preliminary injunction. [R. 4.] She also seeks class certification. [R. 3.] The Court denied the Plaintiff's motion to the extent that it sought a temporary restraining order and set a scheduling conference. [R. 5.] At the scheduling conference the Court directed the parties to file a notice making clear when the Plaintiff's HRT treatments would terminate. Following the scheduling conference, the Defendants provided the requested notice, which explains that the earliest date the Plaintiff's medication would begin tapering is August 13, 2025. [R. 11.] Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Defendants **SHALL** have up to and including **July 30, 2025** to file responses to the Plaintiff's pending motions;

2. The Plaintiff **SHALL** have up to and including **August 4, 2025** to file any replies; and

3. A hearing on the pending Motion for Preliminary Injunction and pending Motion for Class Certification is **SCHEDULED** on **Tuesday, August 5, 2025 at 1:30 p.m**. in **Frankfort**, Kentucky.

This the 18th day of July, 2025.

Gregory F. Van Tatenhove
United States District Judge