UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

MADDILYN MARCUM,

*Plaintiff*

v.

COOKIE CREWS, in her official capacity as Commissioner of the Kentucky Department of Corrections, *et al*.

*Defendants*

and

COMMONWEALTH OF KENTUCKY, *ex rel*. Attorney General Russell Coleman

*Intervening Defendant*

Civil Action No. 5:25-cv-00238-GFVT

***Electronically filed***

**PLAINTIFF'S STIPULATED DISIMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 41(a)(1)(A)(ii), Plaintiff Maddilyn Marcum ("Marcum"), by counsel, voluntarily dismisses the above-styled action in its entirety. Counsel for the remaining parties—Cookie Crews, Denise Burkett, and the Commonwealth of Kentucky—consent to this stipulated dismissal. The parties further agree that each party shall bear its own costs and fees, if any, relating to this matter.

Have seen and agreed:

/s William E. Sharp
William E. Sharp
Corey M. Shapiro
Bethany N. Baxter
ACLU of Kentucky Foundation
325 West Main Street, Suite 2210
Louisville, KY 40202
(502) 581-9746
corey@aclu-ky.org
wsharp@aclu-ky.org
bbaxter@aclu-ky.org
*Counsel for Plaintiff-Appellant*

/s Aaron J. Silletto (by WES w/ permission)
Aaron J. Silletto
Justin D. Clark
Victor B. Maddox
Lindsey R. Keiser
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Aaron.silletto@ky.gov
Justind.clark@ky.gov
Victor.maddox@ky.gov
Lindsey.keiser@ky.gov
*Counsel for Ky. Attorney General*

s/ Angela T. Dunham (by WES w/ permission)
Angela T. Dunham
Allison R. Brown
Justice & Public Safety Cabinet
Office of Legal Services
125 Holmes Street, 2nd Floor
Frankfort, Kentucky 40601
Angela.dunham@ky.gov
Allison.brown@ky.gov
*Counsel for Crews and Burkett*

## CERTIFICATE OF SERVICE

I certify that on December 2, 2025, I filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

/s William E. Sharp
William E. Sharp
ACLU OF KENTUCKY FOUNDATION