UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| MADDILYN MARCUM,<br><br>Plaintiff,<br><br>v.<br><br>COOKIE CREWS, *et al.*,<br><br>Defendants. | ) | Civil No. 5:25-cv-00238-GFVT<br><br>**ORDER** |

*** *** *** ***

This matter is before the Court on the Plaintiff's Stipulation of Dismissal. [R. 79.] Plaintiff seeks to dismiss the instant action pursuant to Rule 41(a). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Complaint filed herein is **DISMISSED WITHOUT PREJUDICE**;
2. Plaintiff's Motion to Certify Class **[R. 3]** is **DENIED AS MOOT**; and
3. This action is **STRICKEN** from the Court's active docket.

This the 8th day of December, 2025.

Gregory F. Van Tatenhove
United States District Judge