UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

MADDILYN MARCUM,

Plaintiff,

v.

COOKIE CREWS, *et al.*,

Defendants.

Civil No. 5:25-cv-00238-GFVT

**JUDGMENT**

*** *** *** ***

Consistent with the Court's Order and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The Complaint [R. 1] is **DISMISSED WITHOUT PREJUDICE**; and
2. This action is **STRICKEN** from the Court's active docket.

This the 8th day of December, 2025.




Gregory F. Van Tatenhove
United States District Judge